## Jesse Baldwin v. Matthias Williamson.

Complainant, non-resident, must give security for costs, notwithstanding the solicitor's liability. But without special cause the security need be only for $100.

Both parties reside in New-Jersey; upon which Mr. Warner moved for security for costs, and suggested $300, as a reasonable amount.

Mr. Vanderpool, for the complainant, objected, that by the rules of the court, the solicitor is liable to the extent of $100, and more can not be granted, without special cause shown. No such cause appearing here, the motion will be denied.

The Court. Though the solicitor is ultimately liable, the defendant is not compellable to resort to him. The defendant is entitled to security for costs, in all cases, against an absent complainant.

As no special circumstances are shown, take an order for security in one hundred dollars.